Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 50141 | **DATE** | 7/29/2002 |
| **CASE TITLE** | U.S.A. vs. HAROLD STRANG | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] For the reasons stated on the reverse Memorandum Opinion and Order, the court allows petitioner 21 days to file a motion in the Court of Appeals to withdraw his appeal in conformance with this order.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

- [ ] No notices required, advised in open court.
- [ ] No notices required.
- [x] Notices mailed by judge's staff.
- [ ] Notified counsel by telephone.
- [ ] Docketing to mail notices.
- [ ] Mail AO 450 form.
- [ ] Copy to judge/magistrate judge.

/SEC courtroom deputy's initials

Date/time received in central Clerk's Office

number of notices

JUL 30 2002 date docketed

docketing deputy initials

7-30-02 date mailed notice

mailing deputy initials

Document Number: 13

# MEMORANDUM OPINION AND ORDER

Harold Strang, petitioner, in this motion under 28 U.S.C. § 2255 has filed a notice of appeal and application for a certification of appealability from the June 7, 2002 order denying his § 2255 motion. Following a review of the June 7 order and petitioner's memorandum, the court agrees with petitioner that the plea agreement did not completely waive his right to file a § 2255 motion but only his right to challenge his sentence or the manner in which it was determined. See Bridgeman v. United States, 229 F.3d 589 (7th Cir. 2001). As petitioner raised issues unrelated to his sentence or sentencing hearing, it was error for the court to deny the appeal on the sole basis of the waiver in the plea agreement. The court suggests petitioner withdraw the notice of appeal so that it will have jurisdiction to vacate the June 7, 2002 order and will consider the § 2255 motion on the issues raised therein. The court allows petitioner 21 days to file a motion in the Court of Appeals to withdraw his appeal in conformance with this order.