# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 50141 | **DATE** | 8/19/2002 |
| **CASE TITLE** | U.S.A. vs. HAROLD STRANG | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)    ☐ General Rule 21    ☐ FRCP41(a)(1)    ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] For the reasons stated on the reverse Memorandum Opinion and Order, the motion to withdraw appeal is granted. Order of June 7, 2002 denying § 2255 motion is withdrawn. Government is to respond to traverse in 21 days. Motion for transcripts held in abeyance.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | **Document Number** |
| | No notices required. | number of notices | |
| X | Notices mailed by judge's staff. | AUG 20 2002 | 17 |
| | Notified counsel by telephone. | date docketed | |
| | Docketing to mail notices. | | |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 8-20-02 date mailed notice | |
| /SEC7 | courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials |

# ORDER

As Harold Strang has moved to withdraw his appeal before the appeal has been docketed in the Court of Appeals, this court grants the motion to withdraw the appeal. See FRAP 42(a). The June 7, 2002 order of this court denying Strang's § 2255 motion is vacated. Strang has also filed a traverse to the Government's response to his original § 2255 motion. In his traverse, Strang raises one issue: whether or not his trial counsel was ineffective for failing to file and pursue a direct appeal of the denial of his motion to suppress evidence as reserved under Fed.R.Crim.P. 11(a)(2). In the traverse, Strang represents he sought a direct appeal through his trial counsel and his trial counsel sought substitute counsel to handle the appeal but no appeal was filed. See Castellanos v. United States, 26 F.3d 717 (7th Cir. 1994). The Government is to respond to this issue only within 21 days stating whether an evidentiary hearing should be held or the court should grant the relief requested – the right to a direct appeal with counsel appointed. Strang's other motion for transcripts is held in abeyance.